IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ARTHUR ROBERT GALLEGOS,

    Plaintiff,

    vs.                                                    No. 12-cv-0321 SMV

MICHAEL J. ASTRUE,
**Commissioner of the Social Security Administration,**

    Defendant.

## ORDER GRANTING MOTION TO SEAL ADMINISTRATIVE RECORD

THIS MATTER is before the Court on Defendant's unopposed Motion to Seal Administrative Record [Doc. 14]. The Court, being advised that the motion is unopposed, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion to Seal Administrative Record [Doc. 14] is **GRANTED.** The administrative record lodged by Defendant in the above-referenced case shall be permanently sealed. Access to the administrative record shall be limited to the Court and the case participants only.

    **IT IS SO ORDERED.**

                                                           **STEPHAN M. VIDMAR**
                                                           **United States Magistrate Judge**