## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**ARTHUR ROBERT GALLEGOS,**

    **Plaintiff,**

    **vs.**                                          **No. 12-cv-0321 SMV**

**MICHAEL J. ASTRUE,**
**Commissioner of the Social Security Administration,**

    **Defendant.**

## ORDER SETTING BRIEFING SCHEDULE

THIS MATTER is before the Court for scheduling, and IT IS HEREBY ORDERED that:

(1)    Plaintiff shall file a Motion to Reverse or Remand Administrative Agency with Supporting Memorandum no later than **Tuesday, July 31, 2012**;

(2)    Defendant shall file a Response no later than **Tuesday, September 25, 2012**;

(3)    Plaintiff may file a Reply no later than **Tuesday, October 23, 2012**;

(4)    All supporting memoranda filed pursuant to this Order shall cite the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

(5)    All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court.  If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

**IT IS SO ORDERED.**

_____
    **STEPHAN M. VIDMAR**
    **United States Magistrate Judge**